DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 202P16 | Odina Wesley and Norris Wesley, co-Administrators of the Estate of Hasani N'Namdi Wesley, Deceased v. Winston-Salem/ Forsyth County Board of Education and Billy Roger Bailey | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-648) | Denied |
|---|---|---|---|
| 205P16 | State v. Robert Stanley Brown, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA15-1192)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 206P16 | Department of Transportation v. Adams Outdoor Advertising of Charlotte Limited Partnership | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-589)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal | 1. —<br><br>2. Special Order<br><br>3. Allowed |
| 208PA15 | N.C. State Bar v. Tillett | Plt's Motion to Amend New Brief | Allowed 08/23/2016 |
| 211P16 | SED Holdings, LLC v. 3 Star Properties, LLC, James Johnson, TMPS LLC, Mark Hyland, and Home Servicing, LLC | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-747) | Allowed |
| 213P16 | State v. Christopher Allen McKiver | 1. State's Motion for Temporary Stay (COA15-1070)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 06/06/2016<br><br>2. Allowed<br><br>3. Allowed |
| 215P16 | State v. Mickey Gene Mellon | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-459)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas<br><br>4. State's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Allowed 06/15/2016 Dissolved 09/22/2016<br><br>3. Denied<br><br>4. Denied |